IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHASE MCCLURE, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| V. § | CIVIL ACTION NO. H-13-1676 |
| § | |
| U.S. BANCORP, *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER

The plaintiffs' Motion for an Expedited Hearing on the Motion to Remand is denied in part and granted in part. A hearing is set for **August 5, 2013**, at 8:30 a.m. in Courtroom 11-B.

SIGNED on July 9, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge